600

The People of the State of Illinois, Respondent-Appellee, *v.* Ora Charles Duncan, Petitioner-Appellant.

(No. 61159;

First District (3rd Division)—June 5, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Gail Moreland, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (James Stamos, Assistant State's Attorney, of counsel), for the People.